# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:14-cr-144-CEH-CPT

ROBBIE LEE RICHARDSON

_____

## FINAL REVOCATION HEARING

Pursuant to the Report of Preliminary Supervised Release Revocation Hearing of the United States Magistrate Judge (Doc.85), entered February 8, 2022, a Final Revocation Hearing was previously scheduled for March 17, 2022 at 10:00 AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 2nd day of March 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services